IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Herbert Lee Pringle,<br><br>                  Plaintiff,<br>vs.<br><br>Nancy A. Berryhill, Acting Commissioner<br>of Social Security,<br>                  Defendant. | Civil Action No. 4:17-cv-112-CMC<br><br>**ORDER** |

This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 26. In his petition, Plaintiff seeks an award of attorney's fees in the amount of $3,991.25 and expenses of $16.00, representing 22.85 attorney hours at the rate of $192.50 per hour.

The Commissioner filed a response indicating that she does not oppose payment of $3,991.25 in attorney's fees and $16.00 in expenses to Plaintiff. ECF No. 27. Accordingly, the court finds this amount reasonable and orders, pursuant to the EAJA, that Plaintiff be awarded $3,991.25 in attorney's fees and $16.00 in expenses, payable directly to Plaintiff.

**IT IS SO ORDERED**.

                                                s/ Cameron McGowan Currie
                                                CAMERON MCGOWAN CURRIE
                                                Senior United States District Judge

Columbia, South Carolina
December 5, 2017